```
1   KEVIN V. RYAN, CSBN 118321
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
3   KATHERINE B. DOWLING, CSBN 220767
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone:      (415) 436-6833
6       Facsimile:      (415) 436-6748
        Email: katherine.dowling@usdoj.gov
7
    Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. C 05-2558-JSW <br> **Related Case** No. C 04-1489-JSW <br> **E-FILING CASE** <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANT MUST FILE AN ANSWER** |

Plaintiff, by and through its attorneys of record, and defendant, by and through its attorneys of record, hereby stipulate, subject to the approval of the Court, to a one-week extension of time within which the defendant must serve its answer to the complaint in the above-entitled action. The defendant will file its answer on or before September 13, 2005.

//
//
//
//
//
//
//

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [~~PROPOSED~~] ORDER
C 05-2558-JSW                    1

| | | |
|---|---|---|
| 1 | Date: August 30, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | _____/S/_____<br>KATHERINE B. DOWLING<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 9 | Date: August 30, 2005 | _____/S/_____<br>THOMAS G. DUNN<br>Ellison, Nielsen, Zehe & Antas, P.C.<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 31, 2005

*/s/ Jeffrey S. White*
_____
JEFFREY S. WHITE
United States District Judge
  by Hon. Phyllis J. Hamilton

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 05-2558-JSW             2