KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Telephone: (415) 436-6833
   Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, )<br>                          )<br>            Plaintiff, )<br>                          )<br>        v.                 )<br>                          )<br>UNITED STATES OF AMERICA, )<br>                          )<br>            Defendant. )<br>                          )<br>_____ ) | No. C 05-2558 JSW<br>**Related to:** C 04-01489 JSW<br>**E-Filing Case**<br><br>STIPULATION TO ENLARGE HEARING<br>DATE AND [~~PROPOSED~~ ORDER] |

     IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of

the Court, that the hearing date for defendant's motion for judgment on the pleadings will take place

on March 3, 2006 the next available date on which the Court appears to be available. The hearing

date for the motion was moved by the Court from December 16, 2005 to January 27, 2006.

///

///

///

///

///

///

An change of the hearing date is required because counsel for defendant will be in trial between January 23rd and February 3, 2006.

DATED:               By:        /s/

                                            THOMAS DUNN
                                            Attorney for Plaintiff

                                            KEVIN V. RYAN
                                            United States Attorney

DATED:               By:        /s/

                                            KATHERINE B. DOWLING
                                            Assistant United States Attorney
                                          Attorneys for Defendant

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED:

DATED:  January 10, 2006

                                          HON. JEFFREY S. WHITE
                                        United States District Judge

The motion hearing and case management conference shall be held on March 3, 2006 at 9:00 a.m.