IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARYLAND CASUALTY COMPANY,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 05-02558 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On March 6, 2006, this Court issued an order granting Defendant's motion for judgment on the pleadings. There has been no further significant activity by the Court in this case since that date.

Accordingly, the Court HEREBY ORDERS third party defendant Goebel Paving, Grading & Underground, Inc. and third party plaintiff the United States to submit a Joint Status Report by no later than May 26, 2006.

**IT IS SO ORDERED.**

Dated: May 11, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE