KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 88143
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile: (415) 436-7169
Email: katherine.dowling@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>AGBAYANI CONSTRUCTION CORP.,<br><br>    Third Party Defendant.<br>    Third Party Plaintiff,<br><br>v.<br><br>GOEBEL PAVING, GRADING &<br>UNDERGROUND, INC.<br><br>    Third Party Defendant. | No. C 05-02558 JSW<br>**Related to:** C 04-01489 JSW<br>**E-Filing Case**<br><br>STIPULATION OF DISMISSAL AND RELEASE |

In response to the Court's May 11, 2006 Order to submit a joint status report, the parties hereby submit this stipulation for dismissal pursuant to F.R.Civ. Pro. 41(a). This Court's March 6, 2006 Order granted Defendant's motion for judgment on the pleadings on the underlying action in this case, therefore, Third Party Plaintiffs United States of America and Agbayani Construction Corp. dismiss this action without prejudice.

STIPULATION OF DISMISSAL No. C 05-02558 JSW

Upon approval by the Court as provided below, the Clerk is requested to enter this Dismissal and Release in the official docket and send conformed copies hereof to the respective parties.

DATED:                      By: (Please see the attached signature page)
                                 AGBAYANI CONSTRUCTION CORP.
                                 Third Party Plaintiff

         5/22/06             By: _____
                                 GOEBEL PAVING, INC.
                                 Third Party Defendant


                                 KEVIN V. RYAN
                                 United States Attorney

DATED: 5/18/06              By: _____
                                 KATHERINE B. DOWLING
                                 Assistant United States Attorney
                                 Attorneys for Defendant


IT IS SO ORDERED:

DATED:                           _____
                                 HON. JEFFREY S. WHITE
                                 United States District Judge

STIPULATION OF DISMISSAL No. C 05-02558 JSW

Upon approval by the Court as provided below, the Clerk is requested to enter this Dismissal and Release in the official docket and send conformed copies hereof to the respective parties.

DATED:                    By: _____
                               AGBAYANI CONSTRUCTION CORP.
                               Third Party Plaintiff

                          By: _____
                               GOEBEL PAVING, INC.
                               Third Party Defendant


                               KEVIN V. RYAN
                               United States Attorney

DATED: 5/18/06            By: _____
                               KATHERINE B. DOWLING
                               Assistant United States Attorney
                               Attorneys for Defendant


IT IS SO ORDERED:

DATED: May 24, 2006            _____
                               HON. JEFFREY S. WHITE
                               United States District Judge


STIPULATION OF DISMISSAL No. C 05-02558 JSW